IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL LANE, AS-1293, | ) |
|     Plaintiff, | ) |
|         v. | ) Civil Action No. 05-576 |
| | ) Chief Judge Ambrose |
| RICHARD M. CULP, et al., | ) Magistrate Judge Caiazza |
|     Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions for service upon **each** Defendant, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before September 8, 2005.

August 24, 2005

s/Francis X. Caiazza
Francis X. Caiazza
U.S. Magistrate Judge

cc:
Carl Lane, AS 1293
SCI Huntingdon
11000 Pike Street
Huntingdon, PA 16654-1112