IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL LANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Nos. 05-576 ✓ |
| | ) 05-1045 |
| | ) 05-1046 |
| | ) Chief Judge Ambrose |
| SANDY THOURP, et al., | ) Magistrate Judge Caiazza |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff shall provide copies of the complaint for service upon **each** Defendant in **each** civil action, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before September 28, 2005. The court is in receipt of form USM-285, proper instructions for the U.S. Marshal Service for each Defendant.

September 13, 2005        s/Francis X. Caiazza
                          Francis X. Caiazza
                          U.S. Magistrate Judge

cc:
Carl Lane, AS-1293
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112