IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARL LANE, )
    Plaintiff, )
) Civil Action No. 05-0576
v. )
)
)
)
RICHARD M. CULP, et al. )
    Defendants )

**FILED**

AUG 22 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO DISMISS

AND NOW, come the Plaintiff, Carl Lane, respectfully submitting the following:

The Plaintiff hereby moves for dismissal of all claims against defendants Richard M. Culp and Rodney Washington.

WHEREFORE, this motion should be granted.

Respectfully submitted,

*Carl Lane*
Carl Lane
Plaintiff, Pro se

Date 8/21/07

Carl Lane AS1293
SCI - Greene
175 Progress Drive
Waynesburg, PA 15370

8/27/07
Granted. This case is dismissed, with prejudice. This case is Closed.

*Donetta W. Ambrose*